Prob 12 (10/09)

<h1 style="text-align:center">Paul A UNITED STATES DISTRICT COURT<br/>for the<br/><u>EASTERN DISTRICT OF VIRGINIA</u></h1>



F I L E D
JAN 1 2 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. <u>Zuleyma B. Barahona</u>　　　　　　　Docket No. <u>1:17PO1265</u>

### Petition on Probation

　　　COMES NOW <u>Eva M. Wall</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Zuleyma B. Barahona</u>, who was placed on supervision by the Honorable John F. Anderson, United States Magistrate Judge sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>20th</u> day of <u>July, 2017</u>, who fixed the period of supervision at <u>six (6) months</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: 1) the defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office; 2) commencing July 20, 2017, and continuing for six (6) months, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, and the alcohol treatment program, (c) may drive for child care purposes, including after school activities pre-approved by the probation officer; 3) shall pay a $250.00 fine, $30.00 processing fee, and a $10.00 special assessment as to 7194457 to be paid by August 20, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable date: **January 30, 2018 10:00 AM**

### ORDER OF COURT

Considered and ordered this **12th** day of January, 2018 and ordered filed and made a part of the records in the above case.

_____/S/_____ JFA
John F. Anderson
United States Magistrate Judge

_____
John F. Anderson
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

**Eva Wall**　Digitally signed by Eva Wall
Date: 2018.01.12 15:02:05 -05'00'

_____
Eva M. Wall
U.S. Probation Officer
703-299-2363

Place: Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
Page 2
RE: Barahona, Zuleyma B..

OFFENSE: Reckless Driving.

SENTENCE: Six (6) months supervised probation with the special conditions listed on page 1.

ADJUSTMENT TO SUPERVISION: On July 25, 2017, Ms. Barahona was referred (by this office) to Fairfax County Alcohol Safety Action Program (ASAP). On August 30, 2017, she reported to this office and advised she had enrolled in ASAP the previous week and was scheduled to meet with someone at the Multicultural Center.

On September 1, 2017, Your Honor approved the waiver of home visits, monthly reports, and travel restrictions initiated by this Officer as she appeared to be in compliance with her probation.

On December 28, 2017, Fairfax ASAP reported Ms. Barahona advised that agency that she could not complete the class cycle she had been assigned to and would now have to start over with another class. The case manager assigned to her case attempted to contact her but her voice mailbox was full.

On January 2, 2018, this officer instructed (via text) Ms. Barahona to report to this office on January 8, 2018, so that we could discuss her situation. Ms. Barahona did respond "ok." Unfortunately this appointment had to be rescheduled and another text was sent to her instructing her to report on January 11, 2018. Ms. Barahona did not respond, and did not report to this office on either January 8 or January 11, 2018. Attempts to contact her via telephone have been unsuccessful as her voice mailbox is full.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION:**              **FAIL TO SUCCESSFULLY COMPLETE ASAP.**

Although enrolling with Fairfax ASAP, Ms. Barahona has failed to successfully complete requirements outlined by that agency.

EMW/mbp
PTA

Prob 12 (10/09)